UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAURICIO PALMERIN, ET AL., | |
| Plaintiffs, | Case No. 06 C 01115 |
| v. | |
| | Magistrate Judge Mason |
| SERRA LANDSCAPING, INC., f/k/a JOHN SERRA LANDSCAPING, INC.; and JOHN SERRA, individually, | |
| Defendants. | |

### STIPULATED PROTECTIVE ORDER

WHEREFORE, pursuant to the Court's Order dated July 26, 2006 granting Plaintiffs' motion to compel, Plaintiffs and the Illinois Department of Employment Security (hereinafter "IDES") hereto, by counsel, agree and stipulate to the entry of this Order concerning the disclosure of certain information and documents produced by the IDES to Plaintiffs;

WHEREFORE, the Court, having been advised of the premises, finds that good cause exists for the issuance of this Order;

IT IS HEREBY ORDERED that the terms and conditions described below will govern the examination, use of, and disclosure of documents and information described in paragraph A (hereinafter referred to as "Confidential Materials") and designated as "Confidential" by marking the documents directly or by communicating such designation at the time of production or disclosure:

    A.    Any documents filed by Serra Landscaping, Inc., John Serra Landscaping, Inc., or John Serra with the IDES from 2001 through the present showing payment of taxes on behalf of employees.

1. Confidential Materials shall be used only for purposes of prosecution or defense of this litigation and not for any other purposes whatsoever.

2. Except as otherwise provided herein, Plaintiffs will retain exclusive custody and control over copies of Confidential Materials, and will not disclose Confidential Materials, or the contents thereof, to members of the public (non-parties to this case), or otherwise use Confidential Materials for purposes other than to prosecute or defend this case, except as provided in this Order. Plaintiffs may disclose Confidential Materials to their attorneys of record or employees of attorneys of record, and provide copies of Confidential Materials to Defendants.

3. Witnesses will be permitted to review Confidential Materials to the extent necessary to assist Plaintiff and/or Defendant in preparation of trial. Plaintiffs and Defendants shall inform all those who are permitted access to Confidential Materials of their confidentiality.

4. If counsel for Plaintiffs or Defendants desire to file in the public record in this action any Confidential Material, that counsel must, reasonably in advance of the date for filing, confer with counsel for the other party, as well as the IDES. The purpose of such advance consultation is to permit the other party or the IDES to move to file such materials under seal; absent such a motion, this Order does not prohibit the filing of such materials with the Court.

5. Plaintiffs, Defendants, the IDES, or an interested member of the public, can challenge the secreting of particular documents pursuant to this Protective Order by filing a motion with the Court.

6. Nothing in this Order shall affect the admissibility of any documents or other evidence at trial or hearing in this action. Neither Plaintiffs nor Defendants waive their right to use Confidential Material for the purpose of this litigation.

7. This Order shall remain in full force and effect after the termination of this litigation, or until canceled or otherwise modified by order of this Court.

DATED: Aug 14, 06        ENTERED: _____
                                   Magistrate Judge Michael T. Mason

3