# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Mauricio Palmerin, et al.

                                    Plaintiff,

v.                                                                     Case No.: 1:06–cv–01115
                                                                      Honorable Michael T. Mason

Serra Landscaping Inc, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 23, 2006:

      MINUTE entry before Judge Michael T. Mason :Motion for default judgment [48] is entered and continued to 09/13/06 at 9:00am. Motion hearing held on 8/23/2006 regarding motion for default judgment, [48]. Magistrate Judge Status hearing held on 8/23/2006. Status hearing set for 9/13/2006 at 09:00 AM, in which time the court will set discovery dates. Oral motion by defendant to obtain new counsel is granted. Defendant is ordered to obtain new counsel on or before 09/13/06.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.