Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 C 1115 | DATE | 9/27/2006 |
| CASE TITLE | PALMERIN et al vs. SERRA LANDSCAPING INC et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Enter stipulated consent judgment in favor of plaintiffs and against defendants in the amount of $ 77,933.08. The court shall retain jurisdiction to enforce the terms of the consent judgment for six months.

■ [ For further detail see separate order(s).]

00:05

| | Courtroom Deputy Initials: | JS |
|---|---|---|