# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MAURICIO PALMERIN, ET AL., | |
| Plaintiffs, | Case No. 06 C 01115 |
| v. | Magistrate Judge Mason |
| SERRA LANDSCAPING, INC., f/k/a JOHN SERRA LANDSCAPING, INC.; and JOHN SERRA, individually, | |
| Defendants. | |

## NOTICE OF FILING AFFIDAVIT OF BRADLEY MANEWITH IN SUPPORT OF ADDITIONAL ATTORNEYS' FEES AND COSTS INCURRED IN ENFORCING THE STIPULATED CONSENT JUDGMENT

**PLEASE TAKE NOTICE** that on January 19, 2007, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Affidavit of Bradley Manewith in Support of Additional Attorneys' Fees and Costs Incurred in Enforcing the Stipulated Consent Judgment, copies of which are attached and hereby served upon you.

Respectfully submitted,

/s/ Bradley Manewith
Attorney for Plaintiffs

Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson Ave., Suite 3150
Chicago, IL 60601
Tel. (312) 540-1230
Fax (312) 540-1231

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAURICIO PALMERIN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> SERRA LANDSCAPING, INC., f/k/a JOHN SERRA LANDSCAPING, INC.; and JOHN SERRA, individually, <br><br> Defendants. | Case No. 06 C 01115 <br><br> Magistrate Judge Mason |

### AFFIDAVIT OF BRADLEY MANEWITH IN SUPPORT OF ADDITIONAL ATTORNEYS' FEES AND COSTS INCURRED IN <ins>ENFORCING THE STIPULATED CONSENT JUDGMENT</ins>

I, Bradley Manewith, on oath state and depose that if called to testify in connection with any hearing or trial in this cause, I could competently testify to the following facts:

1. My name is Bradley Manewith and I am above the age of 21 years.

2. I am one of the attorneys of record for Plaintiffs in the above-captioned case.

3. On November 30, 2006, I spent .25 hours drafting a letter to Defendants regarding their first installment under the Stipulated Consent Judgment was late.

4. On December 4, 2006, I spent 1.50 hours drafting Plaintiffs' Motion to Enforce the Stipulated Consent Judgment.

5. On December 20, 2006, I spent .25 hours drafting an Amended Notice of Plaintiffs' Motion to Enforce the Stipulated Consent Judgment.

6. On January 3, 2007, I spent 1.00 hour preparing for the hearing on Plaintiffs' Motion to Enforce the Stipulated Consent Judgment; researching Defendant John Serra's sale of his home; and researching Defendants' current address.

7. On January 4, 2007, I spent 2.75 hours attending the hearing on Plaintiffs' Motion to Enforce the Stipulated Consent Judgment; explaining Defendants' violation of the Stipulated Consent Judgment and that morning's hearing during a telephone conference with Defendant Serra Landscaping Inc.'s registered agent, David Jolivette; and drafting my Affidavit in Support of the Motion to Enforce the Stipulated Consent Judgment.

8. On January 5, 2007, I spent .50 hours drafting a letter to David Jolivette and Lawrence Templer regarding the Motion to Enforce the Stipulated Consent Judgment.

9. On January 11, 2007, I spent 1.75 hours drafting my Affidavit in Support of the Motion to Enforce the Stipulated Consent Judgment; explaining to Jeffrey Thut, Defendants' former attorney, the Court's Order dated January 4, 2007; and researching federal and state of Illinois procedures for enforcing a judgment.

10. On January 17, 2007, I spent .75 hours attending the hearing on Plaintiffs' Motion to Enforce the Stipulated Consent Judgment.

11. On January 19, 2007, I spent 3.75 hours researching and calculating post judgment interest for each Plaintiff; and drafting the Order Granting Plaintiffs' Motion to Enforce the Stipulated Consent Judgment.

12. In total I have spent 12.50 hours attempting to enforce the Stipulated Consent Judgment.

13. In addition, Plaintiffs spent $15.38 on Federal Express costs delivering copies of the Motion to Enforce the Stipulated Consent Judgment to Defendants.

14. I was admitted to the Illinois bar in November, 2003.

15. My 2007 billing rate is $190.00 per hour.

2

16. In total, Plaintiffs have incurred $2,390.38 in attorneys' fees and costs to enforce the Stipulated Consent Judgment.

Subscribed and sworn to before me
This 19 day of January 2007

_____        _____
Notary public                                                    Bradley Manewith

OFFICIAL SEAL
JOANNA GERMANN ZALEWSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-21-2009

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the Affidavit of Bradley Manewith in Support of Additional Attorneys' Fees and Costs Incurred in Enforcing the Stipulated Consent Judgment to be served upon the parties below via facsimile and by placing same in U.S. Mail receptacle, postage prepaid, on January 19, 2007.

Serra Landscaping, Inc., f/k/a John Serra Landscaping
c/o David J. Jolivette – Registered Agent
10 S LaSalle St., Suite 1017
Chicago, IL 60603

Lawrence M. Templer
Jolivette & Templer, P.C.
10 South LaSalle St., Suite 1017
Chicago, IL 60603

John Serra
1958 Castlewood Rd.
Highland Park, IL 60035
(By U.S. Mail only)

/s/ Bradley Manewith
Bradley Manewith
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL 60601